# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3715

_____

Phillip Silvey,             *
                                   *
             Appellant,        *
                                     *
        v.                        *
                                   *    Appeal from the United States
John Douglas, Capt., JCCC; Burless    *    District Court for the
Ross, Lt., JCCC; Dave Dormire, Assoc.  *    Western District of Missouri.
Superintendent; James McQueen, Sgt.,   *
JCCC; Michael Groose,            *          [UNPUBLISHED]
                                     *
            Appellees.        *

_____

Submitted:  October 26, 1999

Filed:  October 29, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Phillip Silvey, a Missouri inmate, appeals the district court's[1] denial of his Federal Rule of Civil Procedure 59(e) motion following a jury trial in his 42 U.S.C. § 1983 action against Jefferson City Correctional Center and various prison officials.

_____

[1]The Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.

Mr. Silvey argued in his Rule 59(e) motion that he had not personally consented to proceed to trial before a magistrate judge. Noting that Mr. Silvey's counsel had signed a written consent to proceed before a magistrate judge, the court denied relief. After careful review of the record and the parties' submissions, we conclude that the district court did not abuse its discretion and we affirm for the reasons stated in its order. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.